THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARK K. LEEDS, on Behalf of WALTER HOCHBERG, Appellant, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Riker's Island, Respondent.

First Department, May 8, 1944.

*Mark K. Leeds* of counsel (*Harry Rosenberg* with him on the brief), for relator-appellant.

*Morris Shapiro* of counsel (*Ignatius M. Wilkinson, Corporation Counsel,* attorney), for respondent.

*Per Curiam.* The court had jurisdiction to try the crime charged and it had jurisdiction of the person of defendant. (*People ex rel. Bailey* v. *McCann,* 222 App. Div. 465.) The question as to the sufficiency of the information and other points may properly be raised upon an appeal from the judgment. (*People* v. *Zambounis,* 251 N. Y. 94.)

The order appealed from should be affirmed.

MARTIN, P. J., GLENNON, UNTERMYER, DORE and COHN, JJ., concur.

Order unanimously affirmed.